NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VOICE TECH CORP.,**
*Appellant*

**v.**

**MYCROFT AI INC.,**
*Appellee*

---

2023-1033

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01739.

---

**JUDGMENT**

---

ERIC MICHAEL ADAMS, Tumey LLP, Houston, TX, argued for appellant.

SANJIV P. LAUD, McCurdy LLC, Minneapolis, MN, argued for appellee. Also represented by ALEXANDRA H. MOSS, Public Interest Patent Law Institute, South Pasadena, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, CHEN, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 6, 2024
Date

Jarrett B. Perlow
Clerk of Court